IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-92-D

| | |
|---|---|
| LATIA AQUANDRIA BRYANT, | |
| Plaintiff, | |
| v. | **ORDER** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

On October 4, 2023, plaintiff filed a motion for order to produce entire administrative record and for extension of time to file a brief. See [D.E. 10]. The motion is GRANTED IN PART. The government shall file a response to plaintiff's motion for order to produce the entire administrative record by November 17, 2023. Plaintiff's brief shall be due 14 days after government files its response to this order.

SO ORDERED. This 31 day of October, 2023.

JAMES C. DEVER III
United States District Judge