UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| LATIA AQUANDRIA BRYANT, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 4:23-CV-92–D** |
| v. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on January 2, 2024, and Copies To:**
LaTia Aquandria Bryant          (via CM/ECF electronic notification)
Cathleen C. McNulty             (via CM/ECF electronic notification)
Dianne Samu                     (via CM/ECF electronic notification)
Wanda D. Mason                  (via CM/ECF electronic notification)

DATE:                           PETER A. MOORE, JR., CLERK
January 2, 2024                 (By) /s/ Stephanie Mann
                                 Deputy Clerk