IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-92-D

LATIA A. BRYANT,

            Plaintiff,

v.

MARTIN O'MALLEY,
Commissioner of Social Security,

            Defendant.

**ORDER**

On January 10, 2024, Latia A. Bryant ("Bryant" or "plaintiff") moved to alter the judgment [D.E. 20] and filed a memorandum in support [D.E. 21]. On January 19, 2024, defendant responded in opposition [D.E. 22]. On February 5, 2024, plaintiff replied [D.E. 23].

The court has considered the motion under the governing standard. The court DENIES plaintiff's motion to alter the judgment [D.E. 20].

SO ORDERED. This _7_ day of February, 2024.

                                            JAMES C. DEVER III
                                            United States District Judge